IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiffs,<br><br>vs.<br><br>SNEHABEN P. PATEL,<br><br>          Defendants. | 4:13CR3111<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The motion of attorney Joshua Barber to withdraw as counsel of record for defendant Snehaben P. Patel, (filing no. 19), is granted.

2) The clerk shall delete Mr. Barber from any future ECF notifications herein.

September 19, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge